IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-121-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFAULT** |
| | ) | |
| MARTINEZ PERSONAL PROPERTY, SPECIFICALLY DESCRIBED AS: SIX (6) ROUNDS OF FORTY-FIVE CALIBER AMMUNITION AND ONE (1) FORTY-FIVE CALIBER MAGAZINE, | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 14th day of August, 2013.

_____
JULIE A. RICHARDS
Clerk, United States District Court